# ELECTRONIC RECORD

COA # 14-13-00725-CR

STYLE: Jason Michael Placide v The State of Texas

COA DISPOSITION: Affirmed

DATE: September 25, 2014   Publish: No

OFFENSE: Poss of a Controlled Substance

COUNTY: Harris

TRIAL COURT: 180th District Court

TC CASE #:1353416

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Jason Michael Placide v The State of Texas

CCA # _____

_____ APPELLANT'S   Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____ REFUSED

DATE: 02/25/2015

JUDGE: Per Curiam

CCA Disposition: 1607-14

DATE: _____

JUDGE: _____

SIGNED: _____      PC: _____

PUBLISH: _____      DNP: _____

------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**